

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    05/08/2026

May 8, 2026

*Via ECF*
Hon. Katharine H. Parker
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Rushefsky v. Southern Tide
26 CV 1629

Dear Magistrate Judge Parker;

We represent the Plaintiff in this action.   Along with the Defendant's counsel who consents to this letter, we respectfully request an adjournment of the conference scheduled for May 19, 2026.   This is the first request for an adjournment.

As we understand that Defendant is in the early stages of investigating this matter, the parties need more time to review the facts and discuss the issues required in the Case Management Schedule Form.

Therefore, on behalf of both parties, we respectfully request an adjournment of the conference scheduled for May 19, 2026.   Thank you for your consideration of this request.

Sincerely,
 */s/ Robert L. Schonfeld*
Robert L. Schonfeld, Esq.

Cc:  Sean Kirby, Esq.

**APPLICATION GRANTED:**  The Initial Conference set for 5/19/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, June 30, 2026 at 2:00 p.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.    05/08/2026