USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

GLEN RUSHEFSKY,

Plaintiff,

-against-

SOUTHERN TIDE, LLC.,

Defendant.

---------------------------------------------------------------X

**26-CV-1629 (PAE) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 30, 2026, Plaintiff, with Defendant's consent, filed a letter updating the Court on the status of discovery in this action. The Court thanks the parties for their update. However, pursuant to the Court's Order at ECF No. 17, the parties were also required to advise the Court whether they seek a referral to mediation. Accordingly, by **August 31, 2026**, the parties shall file a further joint status letter addressing (1) the progress of discovery and (2) whether they request a referral to mediation or wish to schedule a settlement conference before the Court.

**SO ORDERED.**

DATED: New York, New York
July 31, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge