USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
GLEN RUSHEFSKY,

Plaintiff,

-against-

SOUTHERN TIDE, LLC.,

Defendant.
---------------------------------------------------------------X

**26-CV-1629 (PAE) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 1, 2026, the parties filed a joint letter representing they have reached a settlement in principle in the above-entitled action. The Court thanks the parties for their update and applauds their efforts. Accordingly, any pending deadlines in this action are adjourned for 60-days pending the anticipated filing of a stipulation of voluntary dismissal.

**SO ORDERED.**

DATED: New York, New York
September 1, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge